50 A.3d 1263

COMMONWEALTH of Pennsylvania, Petitioner

v.

The Honorable Rayford A. MEANS, Court Of Common Pleas Of Philadelphia County, Respondent.

No. 63 EM 2012.

Supreme Court of Pennsylvania.

Aug. 21, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of August, 2012, the Application for Leave to File Original Process is **GRANTED,** and the "Application for Special Relief in the Nature of a Writ of Mandamus and/or Prohibition" and the Application to Quash are **DENIED.** Finally, the Prothonotary is directed strike the jurist's name from the caption.